JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPY OPTIC INC., a California Corporation,<br><br>                Plaintiff,<br><br>    vs.<br><br>THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" and DOES 1-10,<br><br>                Defendants. | CASE NO. 2:17-cv-07649-DSF-KSx<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

      Having granted Plaintiff's Application for Default Judgment against Defaulting Defendants identified in <u>Schedule A</u> attached hereto ("Defaulting Defendants"),

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment be entered in favor of Plaintiff Spy Optic Inc. ("Spy Optic" or "Plaintiff") in the sum of **$421,035.33** ($400,000 plus $11,600 in attorneys' fees and $9,435.33 in prejudgment interest) against **each** of the Defaulting Defendants. Interest from the date this action was filed shall accrue at the legal rate. See 28 U.S.C. § 1961.

      IT IS FURTHER ORDERED that Defaulting Defendants, and their respective officers, agents, servants and employees and any persons in active concert or participation with them are immediately and permanently restrained and enjoined from

infringing upon Spy Optic's word marks and design marks (collectively "SPY Marks") either directly or contributorily in any manner, including:

    (a)    manufacturing or causing to be manufactured, importing, advertising, promoting, distributing, selling or offering to sell products bearing Spy Optic's federally registered "SPY Marks" identified below:

| Trademark | U.S. Reg. No. | Reg. Date | Goods and Services |
|---|---|---|---|
| **SPY** | 1,981,513 | 06/18/1996 | Glasses and Sunglasses |
| | 3,700,605 | 10/27/2009 | Bags; Namely, Backpacks and Sport Bags |
| | 3,750,166 | 02/16/2010 | Retail Store Services and On-line Retail Store Services Featuring Sunglasses, Sport Goggles, and Wearing Apparel |
| **SPY OPTIC** | 3,218,701 | 03/13/2007 | Wearing Apparel; Namely T-Shirts, Shirts, Sweatshirts, Pants, Shorts, Jackets, Hats, Visors, Caps, Belts and Shoes |
| | 3,468,936 | 07/15/2008 | Sunglasses and Sports Goggles |
| (design) | 2,157,268 | 05/12/1998 | Sunglasses |
| | 3,648,121 | 06/30/2009 | Bags; Namely, Backpacks and Sport Bags |

    (b)    using any reproduction, counterfeit, copy, or colorable imitation of the SPY Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defaulting Defendants;

    (c)    using the SPY Marks, or any confusingly similar trademarks, on e-commerce marketplace sites, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible

2

to a computer user or serves to direct computer searches to websites and e-commerce stores registered by, owned, or operated by the Defaulting Defendants, including the e-commerce marketplace stores operating under the Seller IDs;

(d) using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defaulting Defendants offered for sale or sold via the Internet based e-commerce stores using the seller identification names under their individual, partnership, or unincorporated association names identified on Schedule "A" hereto (the "Seller IDs") and/or any other ecommerce marketplace store, seller identity, or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Spy Optic;

(e) engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Defaulting Defendants offered for sale or sold via the Seller IDs and/or any other ecommerce marketplace store, seller identity, or business, are in any way endorsed by, approved by, and/or associated with Spy Optic;

(f) Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) through (e) above.

IT IS FURTHER ORDERED that all funds currently restrained by PayPal, Inc. ("PayPal") pursuant to the temporary restraining order and preliminary injunction in this action are to be released to Spy Optic within five business days in partial satisfaction of the monetary judgment entered herein against each Defaulting Defendant. PayPal shall provide to Spy Optic at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defaulting Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defaulting Defendant's funds restrained prior to release; and (iii) the total funds released per Defaulting Defendant to Spy Optic.

IT IS FURTHER ORDERED that until Spy Optic has recovered full payment of monies owed to it by any Defaulting Defendant, Spy Optic shall have the ongoing authority to serve this Order on PayPal in the event that any new PayPal accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, PayPal shall within two business days:

    (a) locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto;

    (b) restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    (c) release all monies restrained in Defaulting Defendants' PayPal accounts to Spy Optic as partial payment of the above-identified damages within ten business days of receipt of this Order.

IT IS FURTHER ORDERED that the bond posted by Spy Optic in the amount of $25,000.00 is hereby ordered released by the Clerk.

Spy Optic shall serve a copy of this Order upon Defaulting Defendants via electronic mail at the e-mail addresses to which Spy Optic originally served the Summons and Complaint. Additionally, Spy Optic shall post copies of this Order at http://www.blgnotices.com/101817-2/.

The Court retains jurisdiction to enforce this Judgment and permanent injunction.

**IT IS SO ORDERED.**

DATED: 2/13/18

_____
Honorable Dale S. Fischer
United States District Judge

# SCHEDULE A

| No. | Defendant Name / Alias | Associated PayPal Account(s) |
|---|---|---|
| 1 | caiyunhengtong168_9 | caiyunhengtong168@hotmail.com |
| 3 | chengxinshangdian71588 | 15670203123@163.com |
| 4 | cuicuirensheng99 | chengshiwei990@yeah.net |
| 6 | fashionabcshoes | fashionabcshoe@hotmail.com |
| 8 | friday-mkt | friday_mkt@163.com |
| 9 | game-paradise | momosichen@yeah.net |
| 13 | happytutu2016 | huanyoudai@163.com |
| 14 | hellowonder | lovelovesea20@yahoo.com |
| 15 | hk.9963-139 | fuxiangxiekkp98@126.com |
| 16 | hk_9520 | qiuweibo315@163.com |
| 17 | hkokl001 | jinlan1868@163.com |
| 19 | huayu-shanghai | yl.chen@aliyun.com |
| 23 | liuxiaoboboaini7 | liuxiaoboboaini@163.com |
| 24 | liyan668 | m15688189828@163.com |
| 25 | luowenbing2016-5 | luohongying2017@163.com |
| 26 | luozhihong1978 | chuis699589@126.com |
| 27 | lvcaixia1981 | tangs93595@126.com |
| 32 | qianguiying1970 | ane636376@126.com |
| 34 | shannon_honest | li1987kai@gmail.com |
| 36 | wanizz.selection | wanizzselection@gmail.com |
| 37 | windyvicll2017 | Windyvicll@126.com |

| 38 | wishes2011 | zhang161688@gmail.com |
|---|---|---|
| 39 | wxif897 | wanxiaowai@hotmail.com |
| 40 | 2.95886 | fengbosvvs@126.com |
| 41 | 9.99861 | yuxiangvip889@163.com |
| 44 | 256ctl | chentianlongsv9@163.com |
| 45 | 7_29703 | liuxiangrufei@163.com |
| 47 | 9_48880 | xyqebay_1973@126.com |